IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

DARRELL LESTER,                 *

    Petitioner              *

vs.                             *
                                                                      CASE NO. 3:07-CV-33(CDL)
TONY HENDERSON,                 *

    Respondent              *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 11, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 28th day of January, 2008.

                                                       S/Clay D. Land
                                                          CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE